JOSEPH E. CURTIS et al., Respondents, *v.* CHARLES J. TOBIN et al., Defendants, and GODFREY P. SCHMIDT, Appellant.

Submitted November 19, 1951; decided November 21, 1951.

*Joseph E. Egan* and *Godfrey P. Schmidt,* in person, for motion.

*Samuel Duker* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.